**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TRAVIS D. SMITH,**

    **Plaintiff,**

v.                                                      **Case No.: 8:11-cv-1793-T35-MCR**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

    **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Unopposed Motion for Award of Attorney's Fees. (Dkt. 28.)  On October 5, 2012, United States Magistrate Judge Monte C. Richardson issued a Report and Recommendation recommending that the Court grants Plaintiff's Unopposed Motion, and award Plaintiff $4,014.46 in attorney's fees. (Dkt. 31.)  No objection was filed to the Report and Recommendation and the deadline to do so has passed.

In the Eleventh Circuit, a district judge may accept, reject or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); see Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State

1

Bd. of Educ._,_ 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo* and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C); see Garvey v. Vaughn_,_ 993 F.2d 776, 779 n.9 (11th Cir. 1993). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry._,_ 37 F.3d 603, 604 (11th Cir. 1994).

Accordingly, upon consideration of the Report and Recommendation, and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 31) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. The Court **GRANTS** Plaintiff's Unopposed Motion for Award of Attorney's Fees (Dkt. 28);

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $4,014.46 for attorney's fees.

4. Plaintiff has assigned to his attorney any entitlement to fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. 2412. (Dkt. 30.) As stipulated by the parties, the Commissioner will first determine whether Plaintiff owes a debt to the Government. If the Government determines that Plaintiff does not owe a federal debt, the Commissioner should accept

Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of October 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Parties

3